UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

SHOKHRUKH ISMATOV,                                              Petitioner,

v.                                                              Civil Action No. 4:26-cv-195-RGJ

TODD LYONS, et. al.,

                                                               Respondents.

**ORDER**

Respondents stated to the Court that they are not aware of "any relevant factual disputes" and request to cancel the upcoming evidentiary hearing. [DE 9 at 50]. Similarly, Petitioner stated in the briefing that "an evidentiary hearing" is not "necessary to resolve the legal issues raised by the Petition; the current paper record is sufficient." [DE 11 at 141-42]. Thus, upon the briefing of the parties, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the **April 13, 2026, hearing is REMANDED**. This matter will be **SUBMITTED** to the Court for resolution on the papers.

Rebecca Grady Jennings, District Judge
United States District Court

April 9, 2026